```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

SHAWN SCHRADER,

                                         Plaintiff,

-against-

THE CITY OF NEW YORK; POLICE OFFICER A. JONES;
POLICE OFFICER DANTE PEREZ, shield No. 14970;
POLICE OFFICER EDDY CALDERON, Shield No. 31512;
DETECTIVE CHRISTOPHER MCDONNELL, Shield No.
7369 and SERGEANT SALVATORE PULIZZOTTO, Shield
No. 4906; JOHN DOES; and RICHARD ROES,

                                        Defendants.

------------------------------------------------------------x

**STIPULATION AND ORDER OF DISMISSAL**

13CV1995 (HB)

        **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.     The above-referenced action is hereby dismissed with prejudice; and

12/04/2013 WED  FAX 212 356 3559  CA5-202
Case 1:13-cv-01995-HB   Document 14   Filed 12/04/13   Page 1 of 2

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Law Offices of Jeffrey A. Rothman
*Attorneys for Plaintiff*
315 Broadway, Suite 200
New York, NY 10007
212-227-2980

By: _____/s/_____ 11/29/13
Jeffrey A Rothman
*Attorney for Plaintiff*

Dated: New York, New York
       12/4, 2013

MICHAEL A. CARDOZO
Corporation Counsel of the
  City of New York
*Attorney for Defendants*
100 Church Street, Rm. 3-201
New York, New York 10007

By: _____/s/_____
Andrew Lucas
*Assistant Corporation Counsel*

SO ORDERED: _____/s/_____

HON. HAROLD BAER
UNITED STATES DISTRICT JUDGE

The Clerk is instructed to close this case and remove it from my docket.

SO ORDERED: _____/s/_____
Hon. Harold Baer, Jr., U.S.D.J.
Date: 12/4/13

2